UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Dennis John Hahn,                    )
          Petitioner,                )
                                     )      No. 2:16-cv-164
-v-                                  )
                                     )      HONORABLE PAUL L. MALONEY
Jeffrey Woods,                       )
          Respondent.                )
_____)

## JUDGMENT

In accordance with the order entered on this date and pursuant to Fed. R. Civ. P. 58

and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   June 21, 2019            /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge